U.S. DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA
SAN FRANCISCO, CALIFORNIA

ANTOINE SUMIS,
PETITIONER,

CV 08 2785

NEW DOCKET NO.
AGENCY NO. A96366577
DATE: APRIL 02, 2008
200804020902DCSF

(PR)

V.

UNITED STATES OF AMERICA;
U.S. SENATE;
U.S. HOUSE OF REPRESENTATIVES;
WHITE HOUSE / VICE PRESIDENT;
U.S. DEPARTMENT OF STATE;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. DEPARTMENT OF JUSTICE;
U.S. DEPARTMENT OF DEFENSE;
U.S. NATIONAL INTELLIGENCE DIRECTORATE;
U.S. NATIONAL COUNTERTERRORISM;
U.S. FEDERAL BUREAU OF INVESTIGATION;
U.S. CENTRAL INTELLIGENCE AGENCY;
U.S. SENATE AND HOUSE HOMELAND SECURITY,
INTELLIGENCE, FOREIGN RELATIONS, AND
ARMY SERVICES; U.S. HOUSE OVERSIGHT AND
GOVERNMENT REFORM; U.S. SENATOR BARACK
OBAMA OFFICE; U.S. SENATOR HILLARY CLINTON
OFFICE; U.S. SENATOR JOHN MCCAIN OFFICE;
U.S. SENATOR DIANNE FEINSTEIN OFFICE; U.S. SENATOR
BARBARA BOXER OFFICE; CONGRESSIONAL BLACK CAUCUS;
RESPONDENTS

CIVIL COMPLAINT

I) WRONGFUL DEATH OF CAPTAIN MARGUERITE
GOMIS, MINOR SISTER OF ANTOINE SUMIS.
II) INTENTIONAL AND NEGLIGENT EMOTIONAL, PHYSICAL,
AND REPUTATIONAL INJURIES.

MONEY DAMAGES

JURY TRIAL REQUEST



U.S DISTRICT COURT
NORTHERN DISTRICT - CALIFORNIA
SAN FRANCISCO - CALIFORNIA

FILED
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

| | |
|---|---|
| ANTOINE GOMIS, PETITIONER, v. UNITED STATES OF AMERICA; U.S. SENATE; U.S. HOUSE OF REPRESENTATIVES; WHITE HOUSE; VICE PRESIDENCY; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF DEFENSE; U.S. NATIONAL INTELLIGENCE DIRECTORATE; U.S. NATIONAL COUNTERTERRORISM; U.S. FEDERAL BUREAU OF INVESTIGATION; U.S. CENTRAL INTELLIGENCE AGENCY; U.S. SENATE AND HOUSE HOMELAND SECURITY, INTELLIGENCE, FOREIGN RELATIONS, AND ARMY SERVICES; U.S. HOUSE OVERSIGHT AND GOVERNMENT REFORM; U.S. SENATOR BARACK OBAMA OFFICE; U.S. SENATOR HILLARY CLINTON OFFICE; U.S. SENATOR JOHN MCCAIN OFFICE; U.S. SENATOR DIANNE FEINSTEIN OFFICE; U.S. SENATOR BARBARA BOXER OFFICE; CONGRESSIONAL BLACK CAUCUS; RESPONDENTS | NEW DOCKET No: CV 08 2785 JW (PR) AGENCY No.: A96386677 DATE: APRIL 02, 2008 20080402 09 02 DCSF |

[Left margin: 008-2785 JW]
[Left margin: NB - THIS IS NOT A PETITION FOR WRIT OF HABEAS CORPUS.]
[Left margin: THIS IS NOT A SECTION 1983 ACTION.]
[Left margin: THIS IS NOT TO BE TRANSFERRED OUTSIDE SAN FRANCISCO, CA (H.Q. FBI) IS FILED]
[Left margin: NB - Dr. ANTOINE GOMIS IS A U.S. CITIZEN]

CIVIL COMPLAINT

☐ WRONGFUL DEATH OF CAMILIA MARGUERITE GOMIS, MINOR DAUGHTER OF Dr. ANTOINE GOMIS
☐ INTENTIONAL AND NEGLIGENT EMOTIONAL, PHYSICAL, AND REPUTATIONAL INJURIES.

MONEY COMPENSATION

JURY TRIAL REQUEST