ANTOINE BURNS et al AND OTHERS
651 "I" STREET
SACRAMENTO, CA 95814,
PLAINTIFF(S)
vs
GEORGE W. BUSH, DICK CHENEY, CONDOLEEZZA RICE, [...]

AND THE FOLLOWING MEMBERS OF US CONGRESS:

| | | | |
|---|---|---|---|
| Rep. Neil Abercrombie | Rep. Ander Crenshaw | Rep. Paul Hodes | Rep. Mike McIntyre |
| Rep. Gary Ackerman | Rep. Joseph Crowley | Rep. Peter Hoekstra | Rep. Howard McKeon |
| Rep. Robert Aderholt | Rep. Barbara Cubin | Rep. Tim Holden | Rep. Cathy McMorris |
| Sen. Daniel Akaka | Rep. Henry Cuellar | Rep. Rush Holt | Rep. Gerard McNerney |
| Rep. Rodney Alexander | Rep. John Culberson | Rep. Michael Honda | Rep. Michael McNulty |
| Sen. Lamar Alexander | Rep. Elijah Cummings | Rep. Darlene Hooley | Rep. Gregory Meeks |
| Rep. Thomas Allen | Rep. Artur Davis | Rep. Steny Hoyer | Rep. Charles Melancon |
| Rep. Jason Altmire | Rep. Susan Davis | Rep. Kenny Hulshof | Sen. Robert Menendez |
| Rep. Robert Andrews | Rep. Geoff Davis | Rep. Duncan Hunter | Rep. Juanita Millender |
| Rep. Michael Arcuri | Rep. David Davis | Sen. Kay Bailey Hutchison | Sen. Barbara Mikulski |
| Rep. Joe Baca | Rep. Lincoln Davis | Rep. Bob Inglis | Rep. George Miller |
| Rep. Michele Bachmann | Rep. Thomas Davis | Sen. Daniel Inouye | Rep. Gary Miller |
| Rep. Spencer Bachus | Rep. Nathan Deal | Rep. Jay Inslee | Rep. Jeff Miller |
| Rep. Brian Baird | Rep. Peter DeFazio | Sen. Johnny Isakson | Rep. Candice Miller |
| Rep. Tammy Baldwin | Rep. Diana DeGette | Rep. Steve Israel | Rep. Brad Miller |
| Rep. John Barrow | Rep. William Delahunt | Rep. Darrell Issa | Rep. Harry Mitchell |
| Rep. Roscoe Bartlett | Rep. Rosa DeLauro | Rep. Jesse Jackson | Rep. Alan Mollohan |
| Sen. Max Baucus | Rep. Charles Dent | Rep. Sheila Jackson Lee | Rep. Dennis Moore |
| Sen. Evan Bayh | Rep. Lincoln Diaz-Balart | Rep. William Jefferson | Rep. Gwen Moore |
| Rep. Melissa Bean | Rep. Mario Diaz-Balart | Rep. Hank Johnson | Rep. Dennis Moran |
| Rep. Xavier Becerra | Rep. Norman Dicks | Rep. Timothy Johnson | Rep. James Moran |
| Rep. Shelley Berkley | Rep. John Dingell | Sen. Tim Johnson | Sen. Lisa Murkowski |
| Rep. Howard Berman | Sen. Christopher Dodd | Rep. Eddie Bernice Johnson | Rep. Christopher Murphy |
| Rep. Marion Berry | Rep. Lloyd Doggett | Rep. Walter Jones | Rep. Patrick Murphy |
| Sen. Joseph Biden | Sen. Elizabeth Dole | Rep. Stephanie Jones | Rep. Tim Murphy |
| Rep. Judy Biggert | Rep. Joe Donnelly | Rep. Steve Kagen | |
| Rep. Brian Bilbray | Sen. Byron Dorgan | Rep. Paul Kanjorski | |
| Rep. Gus Bilirakis | Rep. Mike Doyle | Rep. Marcy Kaptur | |
| Sen. Jeff Bingaman | Rep. Thelma Drake | Rep. Ric Keller | |
| Rep. Sanford Bishop | Rep. Richard Dealer | Rep. | |
| Rep. Tim Bishop | Sen. Richard Durbin | Rep. Patrick Kennedy | |
| Rep. Marsha Blackburn | Rep. Donna Edwards | Sen. John Kerry | |
| Rep. Earl Blumenauer | Rep. Chet Edwards | Rep. Dale Kildee | |
| Sen. Christopher Bond | Rep. Vernon Ehlers | Rep. Carolyn Kilpatrick | |
| Rep. Jo Bonner | Rep. Keith Ellison | Rep. Ron Kind | |
| Rep. Mary Bono Mack | Rep. Brad Ellsworth | | |
| Rep. John Boozman | Rep. Rahm Emanuel | | |
| Rep. Dan Boren | Rep. Jo Ann Emerson | | |
| Rep. Leonard Boswell | Rep. Eliot Engel | Rep. Ron Paul | Rep. David Obey |
| Rep. Rick Boucher | Rep. Phil English | | |
| Rep. Charles Boustany | Rep. Anna Eshoo | Sen. Amy Klobuchar | |
| Sen. Barbara Boxer | Rep. Bob Etheridge | Rep. Joseph Knollenberg | |
| Rep. Allen Boyd | Rep. Terry Everett | Sen. Herb Kohl | |
| Rep. Nancy Boyda | Rep. Mary Fallin | Rep. Dennis Kucinich | |
| Rep. Robert Brady | Rep. Sam Farr | Rep. Randy Kuhl | |
| Rep. Bruce Braley | Rep. Chaka Fattah | Rep. Ray LaHood | |
| Rep. Corrine Brown | Rep. Bob Filner | | |
| Sen. Sherrod Brown | Sen. Russ Feingold | | |
| Rep. Henry Brown | Sen. Dianne Feinstein | Sen. Mary Landrieu | |
| Rep. Ginny Brown-Waite | Rep. Michael Ferguson | Rep. Tom Lantos | |
| Rep. Vern Buchanan | Rep. Bob Filner | Rep. John Larson | |
| Rep. Michael Burgess | Rep. Randy Forbes | Rep. Tom Latham | |
| Rep. Dan Burton | Rep. Jeff Fortenberry | Rep. Steven LaTourette | |
| Rep. G.K. Butterfield | Rep. Vito Fossella | | |
| Sen. Robert Byrd | Rep. Bill Foster | | |
| Rep. Ken Calvert | Rep. Virginia Foxx | | |
| Sen. Maria Cantwell | Rep. Barney Frank | | |
| Rep. Shelley Moore Capito | Rep. Rodney Frelinghuysen | | Rep. Barbara Lee |

KILLER ACT SECTIONS 106(a)(1)(iii) AND 106(b)(1) — SEE 8 USC SECTION 1252(b)(2)(1) ☐ WAR CRIMES ACT (STITUTION (IN PARTICULAR 5TH AND 14TH AMENDMENT) ☐ CPR CONSTRUED AS "INTERNATIONAL CUSTOMARY LAW" INTERNATIONAL VIENNA CONVENTION ON CONSULAR RELATIONS ☐ PRIVACY LAWS ☐ FEDERAL AND STATE INTERNATIONAL WARSAW AND MONTREAL CONVENTIONS (AIR TRANSPORTATION)

Dr. R. Gomis, Pro Se Attorney
4046054 - 6 W 209
651 "I" Street
Sacramento, CA 95814

RECEIVED
SACRAMENTO CA
19 AUG 2008 PM 7 T

AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USA 42

08-2785

U.S. Clerk's Office
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

CONFIDENTIAL
LEGAL MAIL

94102/3661